Margin notes: Gifford *v.* Coffin. — Oct. 23d — 448

---

## SARAH DEVOLL *versus* DAVID M. BROWNELL.

SCIRE *facias* against Brownell as trustee of Benjamin Devoll. Brownell disclosed that a bill of sale of personal property was made to him by B. Devoll, and various questions were put to him, in order to prove that the bill of sale was fraudulent as against creditors and that he had secreted the property, which he refused to answer.

*Per Curiam.* We think he is bound to answer the questions, although he may thereby charge himself.[1] The constitutional provision that no subject shall be compelled to furnish evidence against himself, does not relate to questions of property.[2]

*Bassett*, for the plaintiff.

*Bacon*, for the trustee.

Margin note: Oct 27th

[1] See *Lamb* v. *Stone*, 11 Pick. 533.

[2] See 1 Stark. Ev. (5th Amer. ed.) 165, n. 1; Roscoe's Dig. Crim. Ev (Amer. ed.) 129, n. 1; *Copp* v. *Upham*, 3 N. Hamp. R. 159.

A witness may be compelled to produce a paper, though it may subject him to a pecuniary loss. *Bull* v. *Loveland*, 10 Pick. 9.